|   |   |
|---|---|
| 1 | **Marquis Aurbach** |
| 2 | Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive |
| 3 | Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711 |
| 4 | Facsimile: (702) 382-5816<br>canderson@maclaw.com |
| 5 | Attorneys for Defendants LVMPD, Michele Whitney and Jerry Keller |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| FRANK LAPENA, | Case Number: 2:21-cv-02170-JCM-NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO WITHDRAW MOTIONS** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity; CLARK COUNTY, a political subdivision of the State of Nevada and Government Entity; CHARLES LEE, an Individual and Police Officer and District Attorney Investigator; the Estate of CHARLES LEE; BEECHER AVANTS, an Individual and Police Officer and District Attorney Investigator; the Estate of BEECHER AVANTS; MICHELE WHITNEY, an Individual and Police Officer; O.R. "Ray" LYONS, an Individual and Police Officer; JERRY KELLER, an Individual and Sheriff, in his individual and official capacities; CLARK COUNTY DISTRICT ATTORNEY'S OFFICE, a Governmental unit and Individual; DAVID SCHWARTZ, an Individual and Prosecutor; MELVYN HARMON, an Individual and Prosecutor; the Estate of MELVYN HARMON; CLARK PETERSON, an Individual and Prosecutor; PAMELA WECKERLY, an Individual and Prosecutor; MARC DIGIACOMO, an Individual and Prosecutor; BOB MILLER, an Individual and District Attorney; STEWART BELL, an Individual and District Attorney; DAVID ROGER an Individual, Prosecutor and District Attorney; STEVE WOLFSON, an Individual and District Attorney; and JOHN and JANE DOES I thru X, individuals, | **(ECF NOS. 8 & 21)** |
| Defendants. | |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816

MAC:14687-385 4589003_1 1/18/2022 9:11 AM

The Parties, by and through their counsel of record, hereby stipulate and agree as follows:

**PROCEDURAL HISTORY**

1. On November 2, 2021, Plaintiff commenced this action against the Defendants in the Eighth Judicial District Court of the County of Clark, State of Nevada. (ECF No. 1.)

2. On December 9, 2021, Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Michele Whitney and Jerry Keller ("LVMPD Defendants"), removed this case to the United States District Court, District of Nevada (ECF No. 1).

3. On December 14, 2021, Defendants Clark County, Clark County District Attorneys Office, Stewart Bell, David Roger, Steve Wolfson, Pamela Weckerly, Mark DiGiacomo, David Schwartz, and Clark Peterson ("Clark County Defendants"), filed a Notice of Consent for Removal to federal court. (ECF No. 5).

4. On December 16, 2021, the Clark County Defendants filed their Answer to Plaintiff's Complaint. (ECF No. 6).

5. On December 16, 2021, the Clark County Defendants filed a Motion for Partial Judgment on the Pleadings. (ECF No. 8)

6. On December 22, 2021, the LVMPD Defendants filed an Answer to Plaintiff's Complaint. (ECF No. 20)

7. On December 22, 2021, the LVMPD Defendants filed a Motion for Partial Dismissal. (ECF No. 21)

8. On January 3, 2022, Defendant Bob Miller joined the Clark County Defendants as a defendant and filed his Notice of Consent for Removal and Joinder to the Motion for Partial Judgment on the Pleadings. (ECF Nos. 22 and 23)

9. On January 5, 2022, Plaintiff filed his First Amended Complaint ("FAC"), with exhibits. (ECF No. 24)

MAC:14687-385 4589003_1 1/18/2022 9:11 AM

**STIPULATION AND ORDER**

Based upon the above procedural history, the parties hereby STIPULATE TO THE FOLLOWING:

1. The Clark County Defendants' Motion for Partial Judgment (ECF No. 8) is **MOOT.**

2. The LVMPD Defendants Motion for Partial Dismissal (ECF No. 21) is **MOOT**.

3. The Parties hereby stipulate and agree that the Clark County Defendants and LVMPD Defendants shall have until February 1, 2022, to file responsive pleadings to Plaintiff's First Amended Complaint (ECF No. 24).

IT IS SO STIPULATED this 18th day of January, 2022.

| MARQUIS AURBACH | OLSON CANNON GORMLEY & STOBERSKI |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorney for LVMPD Defendants | By: *s/Thomas D. Dillard* <br> Thomas D. Dillard, Jr., Esq. <br> Nevada Bar No. 6270 <br> 9950 W. Cheyenne Ave. <br> Las Vegas, Nevada 89129 <br> Attorney for Clark County Defendants |

THE LAW OFFICE OF KRISTINA WILDEVELD & ASSOCIATES

By: *s/Lisa Rasmussen*
Lisa Rasmussen, Esq.
Nevada Bar No. 7491
550 E. Charleston Blvd., Ste. A
Las Vegas, NV 89101
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED                    , that the Clark County Defendants' Motion for Partial Judgment (ECF No. 8) and the LVMPD Defendants' Motion for Partial Dismissal (ECF No. 21) are MOOT;

MAC:14687-385 4589003_1 1/18/2022 9:11 AM

1   IT IS FURTHER ORDERED the Defendants' motions are withdrawn; and

2   IT IS FURTHER ORDERED the Defendants shall have until February 1, 2022, to

3   file responsive pleadings to Plaintiff's First Amended Complaint (ECF No. 24).

DATED January 31, 2022.

_____
United States District Court Judge

MAC:14687-385 4589003_1 1/18/2022 9:11 AM