# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LAPENA,<br>    Plaintiff(s),<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br>    Defendant(s). | Case No. 2:21-cv-02170-JCM-NJK<br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than February 11, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: February 4, 2022

                                                                                            Nancy J. Koppe
                                                                                            United States Magistrate Judge