KRISTINA WILDEVELD, ESQ.
Nevada Bar No. 5825
LISA RASMUSSEN, ESQ.
Nevada Bar No. 7491
RICHARD BRYANT, ESQ
Nevada Bar No. 15511
**THE LAW OFFICE OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd.,Suite A
Las Vegas, NV 89101
Phone (702) 222-0007
Fax (702) 222-0001
Lisa@Veldlaw.com, Richard@Veldlaw.com, Kristina@Veldlaw.com
*Attorneys for Plaintiff, Frank LaPena*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LAPENA, | ) CASE NO. 2:21-cv-2170 JCM-NJK |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO:** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity; CLARK COUNTY, a political subdivision of the State of Nevada and Government Entity; CHARLES LEE, an Individual and Police Officer and District Attorney Investigator; the Estate of CHARLES LEE; BEECHER AVANTS, an Individual and Police Officer and District Attorney Investigator; the Estate of BEECHER AVANTS; MICHELE WHITNEY, an Individual and Police Officer; O.R. "Ray" LYONS, an Individual and Police Officer; JERRY KELLER, an Individual and Sheriff, in his individual and official capacities; DAVID SCHWARTZ, an Individual and Prosecutor; MELVYN HARMON, an individual and Prosecutor; the Estate of MELVYN HARMON; CLARK PETERSON, an individual and Prosecutor; PAMELA WECKERLY, an individual and Prosecutor; MARC | ) **THE CLARK COUNTY DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS [ECF 49]; AND** ) ) **THE LVMPD DEFENDANTS' SECOND MOTION FOR PARTIAL DISMISSAL [ECF NO. 65];** ) **AND ORDER** ) **(FIRST REQUEST)** |

-1-

DIGIACOMO, an individual and )
Prosecutor; BOB MILLER, an Individual )
and District Attorney; STEWART BELL, )
an Individual and District Attorney; )
DAVID ROGER, an individual, Prosecutor )
and District Attorney; STEVE WOLFSON, )
an individual and District Attorney; )
)
　　　　　Defendants. )

COMES NOW the Plaintiff, FRANK LAPENA, by and through his counsel, Lisa A. Rasmussen, Esq., of the Law Offices of Kristina Wildeveld & Associates, Defendants CLARK COUNTY, DAVID SCHWARTZ, CLARK PETERSON, PAMELA WECKERLY, MARC DIGIACOMO, BOB MILLER, STEWART BELL, DAVID ROGER and STEVE WOLFSON (the "Clark County Defendants"), by and through their counsel, Thomas D. Dillard, Esq., of Olson Cannon Gormley & Stoberski, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTEMENT, MICHELE WHITNEY, AND JERRY KELLER, by and through their counsel, Craig R. Anderson, Esq., of Marquis Aurbach, (collectively, the "Parties") and hereby stipulate pursuant to LR IA 6-1 and LR IA 6-2 to extend Plaintiff's response deadlines and the briefing schedule for the Clark County Defendants' Motion for Partial Judgment on the Pleadings filed January 28, 2022 [ECF No. 49], and the LVMPD Defendants' Second Motion for Partial Dismissal filed February 1, 2022 [ECF No. 65], as follows:

1.　Plaintiff's Complaint was filed in the Eighth Judicial District Court on November 2, 2021.  It was removed to this Court on December 9, 2021.  [ECF No. 1].

2.　On December 16, 2021, Defendants Clark County, Clark County District Attorney's Office, Bell, Roger, Wolfson, Weckerly, Digiacomo, Schwartz, and Peterson filed an Answer and a Motion for Partial Judgment on the Pleadings. [ECF Nos. 6 & 8]. The latter motion was later joined by Defendant Miller on January 3, 2022. [ECF No. 23].

3. On December 22, 2021, the LVMPD Defendants filed and Answer and a Motion for Partial Dismissal. [ECF Nos. 20 & 21].

4. On January 5, 2022, Plaintiff filed an Amended Complaint. The Amended Complaint added additional factual allegations and removed the previously named defendant "Clark County District Attorney's Office" as a defendant. [ECF No. 24].

5. On January 18, 2022, the Parties filed a stipulation and order to withdraw the Clark County Defendants' Motion for Partial Judgment on the Pleadings and the LVMPD Defendants' Motion for Partial Dismissal [ECF No. 47], which the Court granted on January 31, 2022 [ECF No. 58].

6. On January 28, 2022, Clark County Defendants filed their Answer to Plaintiff's Amended Complaint, and their Motion for Partial Judgment on the Pleadings. [ECF Nos. 48 & 49]. Plaintiff's response to the Motion for Partial Judgment on the Pleadings is due February 11, 2022.

7. On February 1, 2022, LVMPD Defendants filed their Answer to Plaintiff's Amended Complaint, and their Second Motion for Partial Dismissal. [ECF Nos. 64 & 65]. Plaintiff's response to the Second Motion for Partial Dismissal is due on February 15, 2022.

8. Based on the foregoing history, the parties HEREBY STIPULATE to extend Plaintiff's response dates and the Defendants' reply dates for the pending motions as follows:

| Brief | Current Due Date | Proposed Due Date |
|---|---|---|
| Plaintiff's response to Clark County Defendants' Motion for Partial Judgment on the Pleadings [ECF No. 49] | February 11, 2022 | **March 18, 2022** |
| Clark County Defendants' reply in support of Motion for Partial Judgment on the Pleadings [ECF No. 49] | N/A | **April 1, 2022** |
| Plaintiff's response to LVMPD Defendants' Second Motion for Partial Dismissal [ECF No. 65] | February 15, 2022 | **March 1, 2022** |

| LVMPD Defendants' reply in support of Second Motion for Partial Dismissal [ECF No. 65] | N/A | **March 15, 2022** |
|---|---|---|

IT IS SO STIPULATED this 11th day of February, 2022.

**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**

By: */s/ Lisa A. Rasmussen*
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
550 E. Charleston Blvd., Ste. A
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**MARQUIS AURBACH**

By: */s/ Craig R. Anderson* .
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for LVMPD Defendants*

**OLSON CANNON GORMLEY & STOBERSKI**

By: */s/ Thomas D. Dillard, Jr.* .
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar no. 6270
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
*Attorneys for Clark County Defendants*

## ORDER

IT IS SO ORDERED that Plaintiff's response to the Clark County Defendants Motion for Partial Judgment on the Pleadings [ECF No. 49] shall be due on March 18, 2022, and that any reply in support of the motion shall be due April 1, 2022; and

IT IS FURTHER ORDERED that Plaintiff's response to the LVMPD Defendants Second Motion for Partial Dismissal [ECF No. 65] shall be due on March 1, 2022, and that any reply in support of the motion shall be due March 15, 2022.

UNITED STATES DISTRICT JUDGE

DATED: February 14, 2022

-4-