**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
    Attorneys for Defendants LVMPD, Michele Whitney and Jerry Keller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK LAPENA,<br><br>               Plaintiff,<br><br>   vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity; CLARK COUNTY, a political subdivision of the State of Nevada and Government Entity; CHARLES LEE, an Individual and Police Officer and District Attorney Investigator; the Estate of CHARLES LEE; BEECHER AVANTS, an Individual and Police Officer and District Attorney Investigator; the Estate of BEECHER AVANTS; MICHELE WHITNEY, an Individual and Police Officer; O.R. "Ray" LYONS, an Individual and Police Officer; JERRY KELLER, an Individual and Sheriff, in his individual and official capacities; CLARK COUNTY DISTRICT ATTORNEY'S OFFICE, a Governmental unit and Individual; DAVID SCHWARTZ, an Individual and Prosecutor; MELVYN HARMON, an Individual and Prosecutor; the Estate of MELVYN HARMON; CLARK PETERSON, an Individual and Prosecutor; PAMELA WECKERLY, an Individual and Prosecutor; MARC DIGIACOMO, an Individual and Prosecutor; BOB MILLER, an Individual and District Attorney; STEWART BELL, an Individual and District Attorney; DAVID ROGER an Individual, Prosecutor and District Attorney; STEVE WOLFSON, an Individual and District Attorney; and JOHN and JANE DOES I thru X, individuals,<br><br>               Defendants. | Case Number: 2:21-cv-02170-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS LVMPD, WHITNEY AND KELLER TO REPLY TO PLAINTIFF'S OPPOSITION TO SECOND MOTION FOR PARTIAL DISMISSAL (ECF NO. 81)** |

MAC:14687-385 4641858_1 3/4/2022 10:18 AM

The Parties, by and through their counsel of record, hereby stipulate and agree as follows:

## I. PROCEDURAL HISTORY

1. On February 1, 2022, Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Michele Whitney and Jerry Keller ("LVMPD Defendants"), filed their Second Motion for Partial Dismissal. (ECF No. 65)

2. On March 1, 2022, Plaintiff filed his Opposition to the LVMPD Defendants' Second Motion for Partial Dismissal. (ECF No. 81)

3. The LVMPD Defendants' Reply to Plaintiff's Opposition is currently due March 8, 2022.

4. Counsel for the LVMPD Defendants is currently in an Eighth Judicial District Court jury trial regarding *Estate of Brenes, et al. v. LVMPD, et al.* (Case No. A-17-752742-C) which is set to go through March 4, 2022.

## II. STIPULATION AND ORDER

Based upon the above procedural history, the parties hereby STIPULATE TO THE FOLLOWING:

1. The LVMPD Defendants' Reply to Plaintiff's Opposition to Second Motion for Partial Dismissal would be extended from March 8, 2022 to March 29, 2022.

IT IS SO STIPULATED this 4th day of March, 2022.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for LVMPD Defendants

THE LAW OFFICE OF KRISTINA WILDEVELD & ASSOCIATES

By: *s/Lisa Rasmussen*
    Lisa Rasmussen, Esq.
    Nevada Bar No. 7491
    550 E. Charleston Blvd., Ste. A
    Las Vegas, NV 89101
    Attorneys for Plaintiff

OLSON CANNON GORMLEY & STOBERSKI

By: *s/Thomas D. Dillard*
    Thomas D. Dillard, Jr., Esq.
    Nevada Bar No. 6270
    9950 W. Cheyenne Ave.
    Las Vegas, Nevada 89129
    Attorney for Clark County Defendants

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-385 4641858_1 3/4/2022 10:18 AM

**ORDER**

IT IS SO ORDERED this 4th day of March, 2022, that the LVMPD Defendants' Reply to Plaintiff's Opposition to Second Motion for Partial Dismissal (ECF No. 81) is extended from March 8, 2022 to March 29, 2022.

_____
United States District Court Judge

MAC:14687-385 4641858_1 3/4/2022 10:18 AM