# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LAPENA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-02170-JCM-NJK<br><br>**Order**<br><br>[Docket No. 84] |

　　　　Pending before the Court is Plaintiff's motion to extend the deadline to serve Defendant Estate of Melvyn Harmon. Docket No. 84. The Court may extend the time for service in appropriate cases. *See* Fed. R. Civ. P. 4(m). The motion establishes sufficient cause to extend the time for effectuating service by 60 days to May 6, 2022. Accordingly, the motion to extend the deadline to serve Defendant Estate of Melvyn Harmon is **GRANTED**.

　　　　IT IS SO ORDERED.

　　　　Dated: March 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge