# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK LAPENA,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 2:21-cv-02170-JCM-NJK

**Order**

[Docket No. 94]

Pending before the Court is Plaintiff's motion to extend the time to serve the first amended complaint on Defendant the Estate of Melvyn Harmon by 90 days. Docket No. 94. This is Plaintiff's third request to extend the deadline for service. *See* Docket Nos. 84, 91, 94. The Court must extend the service deadline upon a showing of good cause and has discretion to extend the deadline even in the absence of good cause. *See* Fed. R. Civ. P. 4(m). For good cause shown, the Court **GRANTS** Plaintiff's motion and extends the deadline to effectuate service to August 5, 2022.[1]

IT IS SO ORDERED.

Dated: May 27, 2022

                                    Nancy J. Koppe
                                    United States Magistrate Judge

---

[1] The Court expresses no opinion as to whether the surviving children of Melvyn Harmon are the appropriate people upon whom to effectuate service for this Defendant.