JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants, Melvyn Harmon and the Estate of Melvyn Harmon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LAPENA<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, ET AL.<br><br>Defendants. | CASE NO.: 2:21-CV-02170-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS MELVYN HARMON AND THE ESTATE OF MELVYN HARMON TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS MELVYN HARMON AND THE ESTATE OF MELVYN HARMONS MOTION TO DISMISS PLAINTIFFS' COMPLAINT [ECF NO. 107]**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FRANK LAPENA (hereinafter "Plaintiff") by and through his counsel of record, Kristina Wildeveld, Esq., Lisa Rasmussen, Esq., and Richard Bryant, Esq. from the Law Offices of Kristina Wildeveld & Associates and Defendants MELVYN HARMON ("Mr. Harmon") and THE ESTATE OF MELVYN HARMON (the "Harmon Estate") (collectively, the "Harmon Defendants") by and through their counsel of record, Jonathan D. Blum, Esq. of Wiley Petersen, to extend the time for the Harmon Defendants to file a response to Plaintiff's Opposition to Defendants Melvyn Harmon and The Estate of Melvyn Harmon's Motion to Dismiss Plaintiff's Complaint, ECF No. 107 (the "Opposition"). The Opposition was filed on August 1, 2022, and no hearing date has been scheduled. The parties respectfully request the Court enter an order extending the deadline for the Harmon Defendants' to file a reply to the Opposition by one week, to August 15, 2022.

1

1  The Opposition is 25 pages and substantive. Counsel for the Harmon Defendants has been
2  out of state and returned to Las Vegas on Tuesday for a series of hearings on other matters throughout
3  this week. This stipulated extension is for good cause, made in good faith and not for improper delay.

DATED this 5th day of August, 2022.                          DATED this 5th day of August, 2022.

**WILEY PETERSEN**                                           **THE LAW OFFICES OF KRISTINA A WILDEVELD & ASSOCIATES**

*/s/ Jonathan D. Blum*                                       */s/ Lisa Rasmussen*

JONATHAN D. BLUM, ESQ.                                       KRISTINA WILDEVELD, ESQ. (5825)
Nevada Bar No. 09515                                         LISA RASMUSSEN, ESQ. (7491)
1050 Indigo Dr., Suite 200B                                  RICHARD BRYANT, ESQ. (15511)
Las Vegas, Nevada 89145                                      550 East Charleston Blvd., Suite A
Telephone No. (702) 910-3329                                 Las Vegas, Nevada 89104
Facsimile: (702) 553-3467                                    Ph: 702.222.0007
jblum@wileypetersenlaw.com                                   lisa@veldlaw.com, richard@veldlaw.com, kristina@veldlaw.com

*Attorneys for Defendants, Melvyn Harmon
and the Estate of Melvyn Harmon*                             *Attorneys for Plaintiff Frank LaPena*

## ORDER

**IT IS SO ORDERED.**

DATED: August 8, 2022

**UNITED STATES DISTRICT JUDGE**