# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK LAPENA,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

Case No.: 2:21-cv-02170-JCM-NJK

**Order**

[Docket No. 110]

On August 15, 2022, Defendants Melvyn Harmon and the Estate of Melvyn Harmon filed on the docket a demand for discovery previously produced by each party in the instant case. Docket No. 110. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: August 15, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1