UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LAPENA,<br>           Plaintiff(s),<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br>           Defendant(s). | Case No. 2:21-cv-02170-JCM-NJK<br><br>**Order**<br><br>[Docket No. 113] |

Pending before the Court is a proposed discovery plan. Docket No. 113. A scheduling order has already been issued in this case, Docket No. 73, so it is unclear why the parties are filing a discovery plan at this juncture.[1] Accordingly, the proposed discovery plan is **DENIED** as moot. The case schedule previously established by the Court remains in effect.

IT IS SO ORDERED.

Dated: August 26, 2022

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Nancy J. Koppe
United States Magistrate Judge

---

[1] To the extent the discovery plan was filed based on automatically-generated CMECF notices regarding a discovery plan deadline, *see, e.g.*, Docket No. 102, the Court reminds counsel that such automatically-generated notices are provided as a courtesy only and do not reflect a judicial setting of a deadline. *See* Local Rule IC 3-1(d). To the extent the discovery plan was filed in an effort to extend existing deadlines, counsel are reminded that the proper means to seek such relief is to file a request to extend deadlines rather than to file a new discovery plan. *See* Local Rule 26-3.