# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FRANK LAPENA,

      Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, et al.,

      Defendant(s).

Case No. 2:21-cv-02170-JCM-NJK

**Order**

[Docket No. 118]

      Pending before the Court is a joint motion to extend deadlines in the scheduling order. Docket No. 118.  The Court hereby **SETS** that motion for a hearing at 9:00 a.m. on September 15, 2022, in Courtroom 3C.

      IT IS SO ORDERED.

      Dated: September 12, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1