# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK LAPENA,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No. 2:21-cv-02170-JCM-NJK

**Order**

[Docket No. 120]

Pending before the Court is a stipulation to continue the hearing currently set for September 15, 2022.  Docket No. 120.  For good cause shown, that stipulation to continue is **GRANTED** and that hearing is **RESET** for 2:30 p.m. on September 21, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: September 14, 2022

                                                     Nancy J. Koppe
                                                   United States Magistrate Judge