KRISTINA WILDEVELD, ESQ.
Nevada Bar No. 5825
LISA RASMUSSEN, ESQ.
Nevada Bar No. 7491
RICHARD BRYANT, ESQ
Nevada Bar No. 15511
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001
Lisa@Veldlaw.com, Richard@Veldlaw.com, Kristina@Veldlaw.com
*Attorneys for Plaintiff, Frank LaPena*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LAPENA,<br><br>       Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>       Defendants. | CASE NO. 2:21-cv-2170-JCM-NJK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT PAMELA WECKERLY; and ORDER** |

      Plaintiff Frank LaPena, by and through his counsel, Lisa A. Rasmussen of the Law Offices of Kristina Wildeveld & Associates; and Defendant Pamela Weckerly, by and through her counsel, Thomas D. Dillard of Olson Cannon Gormley & Stoberski, hereby stipulate that all claims alleged herein against Ms. Weckerly shall be dismissed with prejudice, each party to bear his or her own attorney's fees and costs of suit.

. . .

. . .

. . .

-1-

This Voluntary Dismissal is limited to Defendant Pamela Weckerly only.

| | |
|---|---|
| This the  11th  day of August, 2023. | This the  11th  day of August, 2023. |
| **The Law Offices of Kristina Wildeveld & Associates** | **Olson Cannon Gormley & Stoberski** |
| **By:** */s/ Lisa Rasmussen*<br>LISA A. RASMUSSEN, ESQ. (NV Bar 7491)<br>550 E. Charleston Blvd., Suite A<br>Las Vegas, NV 89104<br>Tel: (702) 222-0007<br>*Attorneys for Plaintiff, Frank LaPena* | **By:** */s/ Thomas D. Dillard*<br>THOMAS D. DILLARD, JR. ESQ.<br>(NV Bar 6270)<br>9950 West Cheyenne Ave.<br>Las Vegas, Nevada 89129<br>Tel: (702) 384-4012<br>*Attorney for Clark County, Clark County District Attorney's Office, Stewart Bell, Marc Digiacomo, Bob Miller, Clark Peterson, David Schwartz, David Roger, Pamela Weckerly, and Steve Wolfson* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 14, 2023