Jonathan D. Blum, Esq.
Nevada Bar No. 09515
**WILEY PETERSEN**
10000 West Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants, Melvyn Harmon and the Estate of Melvyn Harmon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LAPENA<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, ET AL.<br><br>Defendants. | Case No.: 2:21-cv-02170-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS MELVYN HARMON AND THE ESTATE OF MELVYN HARMON TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANTS' MELVYN HARMON AND THE ESTATE OF MELVYN HARMON'S MOTION TO DISMISS [ECF NO. 153]**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FRANK LAPENA (hereinafter "Plaintiff") by and through his counsel of record, Kristina Wildeveld, Esq., Lisa Rasmussen, Esq., and Richard Bryant, Esq. from the Law Offices of Kristina Wildeveld & Associates and Defendants MELVYN HARMON ("Mr. Harmon") and THE ESTATE OF MELVYN HARMON (the "Harmon Estate") (collectively, the "Harmon Defendants") by and through their counsel of record, Jonathan D. Blum, Esq. of Wiley Petersen, to extend the time for the Harmon Defendants to file a response to Plaintiff's Motion for Reconsideration of Order Granting Defendants' Melvyn Harmon and the Estate of Melvyn Harmon's Motion to Dismiss, ECF No. 153 (the "Motion"). The Motion was filed on December 22, 2023, and no hearing date has been scheduled. The parties respectfully request the Court enter an order extending the deadline for the Harmon Defendants' to file a response to the Motion by two weeks, to January 19, 2024.

1

The Motion is 26 pages, attaches 20 exhibits and is substantive. Counsel for the Harmon Defendants was travelling out of state for the holidays for most of the week following the filing of the Motion. Further, among other time sensitive matters, a hearing on a motion seeking a temporary restraining order has been set in another matter on January 5, 2024, requiring a great deal of time. As such, he requests an additional two weeks to respond to the Motion. Counsel for Plaintiff does not object to the extension. This stipulated extension is for good cause, made in good faith and not for improper delay.

DATED this 29 day of December, 2023.

**WILEY PETERSEN**

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
10000 West Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants, Melvyn Harmon and the Estate of Melvyn Harmon*

DATED this _29_ day of December, 2023.

**THE LAW OFFICES OF KRISTINA A WILDEVELD & ASSOCIATES**

___/s/ Lisa Rasmussen_____
KRISTINA WILDEVELD, ESQ. (5825)
LISA RASMUSSEN, ESQ. (7491)
RICHARD BRYANT, ESQ. (15511)
550 East Charleston Blvd., Suite A
Las Vegas, Nevada 89104
Ph: 702.222.0007
lisa@veldlaw.com, richard@veldlaw.com, kristina@veldlaw.com

*Attorneys for Plaintiff Frank LaPena*

## ORDER

**IT IS SO ORDERED.**

DATED: January 5, 2024

_____
UNITED STATES DISTRICT JUDGE