LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: Lisa@nvlitigation.com; efile@nvlitigation.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK LA PENA, <br><br> Plaintiff, <br><br> vs. <br><br> LVMPD, et al, <br><br> Defendants. | Case No. 2:21-cv-2170 JCM-NJK <br><br> **MOTION FOR WITHDRAWAL OF COUNSEL – LISA RASMUSSEN** |

The undersigned, Lisa A. Rasmussen, hereby respectfully requests that the Court enter an order approving her withdrawal as counsel of record for Plaintiff Frank LaPena in the above-entitled matter. The undersigned has moved to a new law firm and this matter will be handled by other counsel in her former law firm who are already counsel of record in this case: Kristina Wildeveld & Richard Bryant.

DATED this 10th day of August, 2024.

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, Nevada Bar No. 7491
**MCLETCHIE LAW**

IT IS SO ORDERED.

Dated: August 12, 2024

The Honorable Nancy J. Koppe
United States Magistrate Judge