CLARK HILL PLC
PAOLA M. ARMENI, ESQ.
Nevada Bar No.: 8357
Email: parmeni@clarkhill.com
GIA N. MARINA, ESQ.
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone: (702) 862-8300

*Attorneys for Plaintiff Frank Lapena*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LA PENA,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity; ESTATE OF BEECHER AVANTS; MICHELE WHITNEY, an Individual; O.R. "RAY" LYONS, an Individual,<br><br>Defendant. | Case No.: 2:21-cv-2170-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF 172] AND LYNN AVANT'S JOINDER TO MOTION TO DISMISS [ECF 173]** |

Plaintiff Frank La Pena, by and through his counsel of record, Paola M. Armeni, Esq. and Gia N. Marina, Esq. of the law firm CLARK HILL PLC, Defendants Las Vegas Metropolitan Police Department, by and through their counsel of record, Craig R. Anderson, Esq., of the law firm Marquis Aurbach, and Non-Party, Lynn Avant by and through her counsel of record, Rusty Graf, Esq. of the law firm Black & Wadhams, respectfully submits this Stipulation extending time for Plaintiff to respond to Defendant's Motion to Dismiss [ECF 172], filed May 23, 2025, and Interested Party, Lynn Avant's Joinder to Defendants' Motion to Dismiss [ECF 173], filed on May 28, 2025. Plaintiff's Response is currently due June 6, 2025. The parties agree to a (14) fourteen-day extension, making Plaintiff's deadline to file his Response, June 20, 2025.

///

///

313735876v.1

1   Although Plaintiff's counsel has been actively working on responding to Defendant's
2   Motion to Dismiss counsel requires a brief extension to complete the response. This request for
3   extension is made in good faith and not for the purposes of delay.

4   WHEREFORE, the parties stipulate that the time for Plaintiff to file his Response to
5   Defendant's Motion to Dismiss be extended to June 20, 2025.

6   APPROVED AS TO FORM AND CONTENT.

7   Respectfully submitted this 2nd day of June 2025.

By: /s/ Gia N. Marina
    Paola M. Armeni, Esq.
    Nevada Bar No.: 8357
    Gia N. Marina, Esq.
    Nevada Bar No. 15276
    CLARK HILL PLC
    1700 S. Pavilion Center Drive, Suite 500
    Las Vegas, Nevada 89135
    *Attorneys for Plaintiff Frank Lapena*

By:  /s/ Craig R. Anderson
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    MARQUIS AURBACH
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants LVMPD and Michele Whitney*

By:  /s/Rusty Graf
    Rusty Graf, Esq.
    Nevada Bar No. 6322
    BLACK & WADHAMS
    10777 W. Twain Ave., Suite 300
    Las Vegas, Nevada 89135
    *Attorneys for Non-Party Lynn Avants*

**ORDER**

**IT IS SO ORDERED:**

DATED: June 4, 2025

_____
UNITED STATES DISTRICT COURT JUDGE

2

313735876v.1