1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6                               * * *
7    FRANK LA PENA,                         Case No.2:21-CV-2170  JCM (NJK)
8                          Plaintiff(s),
                                                    AMENDED ORDER
9         v.
10   LVMPD, et al.,
11                        Defendant(s).
12
13        Presently before the court is defendants Las Vegas Metropolitan Police Department's
14   (LVMPD) and Michele Whitney's motion to dismiss.  (ECF No. 172).  Plaintiff Frank LaPena
15   filed a response (ECF No. 177), to which defendants replied (ECF No. 181).  Lynn Avants moves
16   the court to join the reply.  (ECF No. 182).  Plaintiff and defendants ask the court for leave to
17   exceed the page limit.  (ECF Nos. 171, 178).
18        This is a wrongful conviction action.  The procedural history of this case is complex, so
19   the court will highlight only what is relevant to the pending motions.
20        The court granted the second motion to dismiss by defendants Jerry Keller, LVMPD, and
21   Michele Whitney on March 29, 2024.  (ECF No. 159).  The appeal deadline passed without action
22   from plaintiff.
23        Five months later, Lisa A. Rasmussen moved to withdraw as the plaintiff's attorney.  (ECF
24   Nos. 162, 163).  The court granted the motion to withdraw on August 12, 2024, (ECF No. 164),
25   and was not informed that plaintiff retained new counsel until May 8, 2025.  (ECF Nos. 168, 169).
26        The day after filing notices of appearance, plaintiff's new counsel filed a second amended
27   complaint against defendants LVMPD, the Estate of Beecher Avants, O.R. Lyons, and Michele
28   Whitney, thereby initiating new action in this case.  (ECF No. 170).  Defendants LVMPD and

1    Michele Whitney thereafter filed a motion to dismiss the second amended complaint. (ECF No.

2    172).

3          An amended complaint filed "without leave of court as required under Rule 15…has no

4    legal effect." *Garcia v. Las Vegas Metro. Police Department*, 2019 WL 652998, 2019 U.S. Dist.

5    LEXIS 24775 at *6 (D. Nev. Feb. 15, 2019) (citing *Ritzer v. Gerovicap Pharm. Corp.*, 162 F.R.D.

6    642, 644 (D. Nev. 1995)). The court granted the defendants' second motion to dismiss on March

7    29, 2024. (ECF No. 159). Although the court dismissed the plaintiff's claims against defendants

8    without prejudice, the court's order did not grant plaintiff leave to amend his complaint. (*Id.*) The

9    defendants also did not give written permission for plaintiff to amend his complaint (and clearly

10   still object to his doing so). The court therefore finds that plaintiff improperly filed the second

11   amended complaint, and such complaint has no legal effect. *See Garcia*, 2019 U.S. Dist. LEXIS

12   24775, at *6.

13         The court intended the March 2024 dismissal to be a final order. This is supported by the

14   fact that the court did not grant leave to amend. *See Gerritsen v. de la Madrid Hurtado*, 819 F.2d

15   1511, 1514 (9th Cir. 1987) ("Failure to allow leave to amend supports an inference that the district

16   court intended to make the order final."). Further supporting this court's intent that the March 29,

17   2024, motion to dismiss be final is its instruction to the clerk of court to "terminate the foregoing

18   defendants from the case as no claims remain against them." (ECF No. 159 at 6).

19         Because the order was final, plaintiff's appropriate avenues for relief would be to appeal

20   the order or to move the court to reconsider it under FRCP 60. It has been more than a year since

21   the court—long since the dispositive deadlines for reconsideration and appeal—and plaintiff has

22   failed to pursue either of these options. (ECF No. 172 at 20); *see* FRCP 60; Fed. R. App. P. 4.

23   Rather, plaintiff improperly filed a second amended complaint without leave of court. The court

24   will not allow it to stand—it shall be stricken from the record, and the case shall be closed.

25   **I.    Conclusion**

26         Accordingly,

27         IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's second

28   amended complaint (ECF No. 170) be, and the same hereby is, STRICKEN from the record. The

1    clerk of court is instructed to terminate all defendants and close the case.

2          IT IS FURTHER ORDERED that defendant's motion to dismiss (ECF No. 172) be, and

3    the same hereby is, DENIED as MOOT.

4          IT IS FURTHER ORDERED that defendant's motion for leave to file excess pages (ECF

5    No. 171) be, and the same hereby is, DENIED as MOOT.

6          IT IS FURTHER ORDERED that plaintiff's motion for leave to file excess pages (ECF

7    No. 178) be, and the same hereby is, DENIED as MOOT.

8          IT IS FURTHER ORDERED that non-party Lynn Avants' motion to join defendants' reply

9    (ECF No. 182) be, and the same hereby is, DENIED as MOOT.

10         DATED October 7, 2025..

11

12                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28